| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1994 | Report Required by the Ethics Reform Act of 1988. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) ECONOMUS, PETER C. | 2. Court or Organization UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO | 3. Date of Report 3 / 2 / 95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) ACTIVE UNITED STATES DISTRICT JUDGE | 5. Report Type (check appropriate type) X Nomination, Date 22895 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1 /1 /94- 3 /1/ 95 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 125 MARKET STREET YOUNGSTOWN, OHIO 44503 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1993 | Judge of the Mahoning County Court of Common Pleas | $ 86,500.00 |
| 1994 | Judge of the Mahoning County Court of Common Pleas | $ 86,500.00 |
| | | $ |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PETER C. ECONOMUS | Date of Report<br>3 /2 /95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
J = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PETER C. ECONOMUS | 3 /2 /95 |

**VII. Page 1 INVESTMENTS and TRUSTS -- Income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets). Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 International Murex Common Stock (S) | A | None | J | T | | | | | |
| 2 Disney Common Stock (S) | A | DIV | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2. Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>PETER C. ECONOMUS | Date of Report<br>3/2/95 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Peter C. Economus_                              Date **3-2-95**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

BEST AVAILABLE COPY

APPENDIX "B"

Personal Financial Stateme

**IMPORTANT:** Read these directions before completing this Statement.

☐ If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another perso as the basis for repayment of the credit requested, complete only Sections 1 and 3.

☐ If you are applying for joint credit with another person, complete all Sections providing information in Section 2 about the joint applicant.

☐ If you are applying for individual credit, but are relying on income from alimony, child support, or separate maintenance or on the income or assets another person as a basis for repayment of the credit requested, complete all Sections, providing information in Section 2 about the person upon who alimony, support, or maintenance payments or income or assets you are relying.

☐ If this statement relates to your guaranty of the indebtedness of other person(s), firm(s), or corporation(s), complete Sections 1 and 3.

**To: THE MAHONING NATIONAL BANK — Youngstown, Ohio**

| SECTION 1 — INDIVIDUAL INFORMATION (Type or Print) | SECTION 2 — OTHER PARTY INFORMATION (Type or Print) |
|---|---|
| Name **PETER CONSTANTINE ECONOMUS** | Name **MARIE ECONOMUS** |
| Residence address **428 Rockland Drive** | Residence address **428 Rockland Drive** |
| City, state & zip **Youngstown, Ohio 44512** | City, state & zip **Youngstown, Ohio 44512** |
| Position or occupation **Common Pleas Judge** | Position or occupation **Pres/Sec'y.** |
| Business name **Mahoning County Courthouse** | Business name **Chere Amie Inc.** |
| Business address **120 Market Street** | Business address **428 Rockland Drive** |
| City, state & zip **Youngstown, Ohio 44503** | City, state & zip **Youngstown, Ohio 44512** |
| Res. phone **(216)726-9126** Bus. phone **(216)740-2150** | Res. phone **(216)726-9126** Bus. phone **758-5501** |

**SECTION 3 — STATEMENT OF FINANCIAL CONDITION AS OF _____ 19___**

| ASSETS (Do not include assets of doubtful value) | In Dollars (Omit cents) | LIABILITIES | In Dollars (Omit cents) |
|---|---|---|---|
| Cash on hand and in banks | 3,500 | Notes payable to banks-secured - see Schedule F | 7,000 |
| U.S. Gov't. & Marketable Securities - see Schedule A | 2,300 | Notes payable to banks-unsecured - see Schedule F | 16,000 |
| Non-Marketable Securities - see Schedule B | | Due to brokers | |
| Securities held by broker in margin accounts | | Amounts payable to others-secured | |
| | | Amounts payable to others-unsecured | |
| Partial interest in real estate equities - see Schedule C | | Accounts and bills due | |
| | | Unpaid income tax | |
| Real estate owned - see Schedule D | 200,000 | Other unpaid taxes and interest | |
| Loans Receivable | | Real estate mortgages payable - | |
| Automobiles and other personal property | 85,000 | see Schedules C and D | 50,000 |
| Cash value-life insurance - see Schedule E | | Other debts - itemize | |
| Other assets - itemize     Retirement Fund | 78,000 | Revolving Charge Accounts | 3,000 |
| | | | |
| | | TOTAL LIABILITIES | 78,000 |
| | | NET WORTH | 292,800 |
| TOTAL ASSETS | 368,800 | TOTAL LIABILITIES AND NET WORTH | 368,800 |

| SOURCES OF INCOME FOR YEAR ENDED __October__, 19_94_ | PERSONAL INFORMATION |
|---|---|
| Salary, bonuses & commissions $ 86,400. | Do you have a will? **Yes** If so, name of executor. |
| Dividends | |
| Real estate income | Are you a partner or officer in any other venture? If so, describe. |
| Other income (Alimony, child support, or separate maintenance | **No** |
| income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation) | Are you obligated to pay alimony, child support or separate maintenanc payments? If so, describe. |
| | **No** |
| | Are any assets pledged other than as described on schedules? If so, desc |
| TOTAL $ 86,400.00 | **No** |

| CONTINGENT LIABILITIES | |
|---|---|
| Do you have any contingent liabilities? If so, describe. | Income tax settled through (date) **12-31-93** |
| | Are you a defendant in any suits or legal actions? |
| **Yes** | **No** |
| As endorser, co-maker or guarantor? $ 6,000.00 | Personal bank accounts carried at **Mahoning Bank** |
| On leases or contracts? $ | **Metropolitan Savings Bank** |
| Legal claims $ | |
| Other special debt $ | Have you ever been declared bankrupt? If so, describe. |
| | **No** |

**SCHEDULE A - U.S. GOVERNMENT & MARKETABLE SECURITIES**

| Number of shares or face value (bonds) | Description | In name of | Are these pledged? | Market value |
|---|---|---|---|---|
| 500 | Murex International | Marie Economus | No | 2,300. |
| | | | | |
| | | | | |

**SCHEDULE B - NON-MARKETABLE SECURITIES**

| Number of shares | Description | In name of | Are these pledged? | Source of value | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**SCHEDULE C - PARTIAL INTERESTS IN REAL ESTATE EQUITIES**

| Address & type of property | Title in name of | % of ownership | Date acquired | Cost | Market Value | Monthly payment | Mortgage balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SCHEDULE D - REAL ESTATE OWNED**

| Address & type of property | Title in name of | Date acquired | Cost | Market Value | Monthly payment | Mortgage balance |
|---|---|---|---|---|---|---|
| 428 Rockland Drive | Peter&Marie | 6-86 | $170,000. | $200,000 | 1,067. | $50,0( |
| | | | | | | |
| | | | | | | |

**SCHEDULE E - LIFE INSURANCE CARRIED, INCLUDING N.S.L.I. AND GROUP INSURANCE**

| Name of insurance company | Owner of policy | Beneficiary | Face amount | Policy loans | Cash surr value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**SCHEDULE F - BANKS OR FINANCE COMPANIES WHERE CREDIT HAS BEEN OBTAINED**

| Name of lender | Credit in the name of | Secured or unsecured? | Original date | High credit | Current balance | Mo pay |
|---|---|---|---|---|---|---|
| Metropolitan Savings Bank | Peter & Marie | Unsecured | | | 12,000. | |
| Mahoning National Bank | Peter & Marie | Unsecured | | | 4,000. | |
| Metropolitan Savings BAnk | | Secured | | | 7,000. | |
| | | | | | | |
| | | | | | | |

**(USE ADDITIONAL SCHEDULES IF NECESSARY)**

The information contained in this statement is provided for the purpose of obtaining, or maintaining credit with you on behalf of the undersigned persons, firms or corporations in whose behalf the undersigned may either severally or jointly with others, execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding grant or continue credit. Each undersigned represents and warrants that the information provided is true and complete and that you may consider statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned. You are authorized to make all inquir you deem necessary to verify the accuracy of the statements made herein, and to determine my/our credit worthiness. You are authorized to answer q tions about your credit experience with me/us.

**NOTICE**

The Ohio Laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

Signature (Individual) _____


Date Signed _____

Signature (Other party) _____

S.S. No. _____ Date of Birth _____

Date Signed _____